## ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.

Attorneys at Law

44 Whippany Road - Suite 100
Morristown, New Jersey 07960
973.622.6200  •  Fax: 973.622.3073

800 Third Avenue - Suite 2800
New York, New York 10022
212.220.4081

www.olss.com

| | |
|---|---|
| Joel D. Siegel* | Alexander S. Firsichbaum* |
| Laurence B. Orloff* | Alexander B. Imel+ |
| Stanley Schwartz* | Linnae M. Aufiere* |
| Jeffrey M. Garrod* | Jack R. Vrablik |
| Edmund A. Mikalauskas | |
| Susan M. Holzman* | Counsel |
| William J. Adelson* | Jodi B. Friend+ |
| Eugenia Yudanin* | |
| Philip C. Corbo* | Of Counsel |
| Adam M. Haberfield | Ralph M. Lowenbach* |
| Craig A. Ollenschleger | Floyd Shapiro |
| David Gorvitz* | Samuel Feldman* |
| Marc C. Singer+ | Sanders M. Chattman |
| Laura N. Wilensky* | |
| Devin A. Cohen* | Frank L. Stifelman |
| Xiao Sun* | 1937-2015 |

*MEMBER NJ & NY BARS
+MEMBER NJ, NY & PA BARS

Refer To File No.
032605-161

January 20, 2023

**By ECF Filing**
Honorable Susan D. Wigenton
United States District Judge
King Fed. Bldg. & United States Courthouse
50 Walnut Street
Newark, New Jersey  07101

      Re:    Nestlé Waters North America Inc.
               v. Wolf Haldenstein Adler Freeman & Herz LLP
               Case No. 2:23-cv-00208-SDW-AME

Dear Judge Wigenton:

      On January 13, 2023, Movant Nestlé Waters North America Inc. commenced the action captioned above by filing a motion to compel Respondent Wolf Haldenstein Adler Freeman & Herz LLP's compliance with a subpoena issued by the United States District Court for the District of Connecticut in the matter *Patane, et al. v. Neste Waters North America Inc.*, Case No. 17-cv-01381-JAM; or, alternatively, to transfer this matter to the District of Connecticut pursuant to Federal Rule of Civil Procedure 45(f).

      Respondent has consented to transfer this motion to the District of Connecticut. Consequently, Movant respectfully requests the entry of the Consent Order submitted herewith.

                                Respectfully yours,

                                  ORLOFF, LOWENBACH, STIFELMAN
                                        & SIEGEL, P.A.

                              By: */s/ Alexander S. Firsichbaum*
                                    Alexander S. Firsichbaum

cc:    Mark C. Rifkin, Esq., counsel for Respondent (via email)